# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB ROGERS,<br><br>                Plaintiff,<br>vs.<br><br>THE STATE OF OKLAHOMA,<br>MICHAEL WILES, in his individual capacity, FERNANDO CARDENAS, in his individual capacity, ROB SEALE SHERIFF of LeFlore County, in his official capacity, and<br>BOARD OF COUNTY COMMISSIONERS for LeFlore County,<br>                Defendants. | CASE NO. CIV-19-69-RAW |

## **DEFENDANTS MICHAEL WILES, IN HIS INDIVIDUAL CAPACITY, ROB SEALE SHERIFF OF LEFLORE COUNTY, IN HIS OFFICIAL CAPACITY, AND BOARD OF COUNTY COMMISSIONERS FOR LEFLORE COUNTY'S PRELIMINARY WITNESS LIST**

COMES NOW, Defendants, Board of County Commissioners for LeFlore County, Rob Seale, Sheriff of LeFlore County, in his Official Capacity, and Michael Wiles, in his Individual Capacity, pursuant to the Court's Scheduling Order and submits the following Preliminary Witness List:

(i)      **Potential Witnesses**:

| | | |
|---|---|---|
| 1. | Jacob Ryan Rogers | Facts and circumstances of the Plaintiffs Allegations |
| 2. | Michael Wiles c/o Collins, Zorn and Wagner 429 N.E. 50th Oklahoma City, OK 73105 | Party to this action, expected to testify as to the facts and circumstances regarding the Plaintiff's allegations in this matter |
| 3. | Fernando Cardenas c/o McClure 313 NE 21st Street Oklahoma City, OK 73105 | Party to this action, expected to testify as to the facts and circumstances regarding the Plaintiff's allegations in this matter |
| 4. | Sheriff Rob Seale c/o Collins, | Facts and circumstances of the |

|  | Zorn and Wagner 429 N.E. 50th<br>Oklahoma City, OK 73105 | Plaintiffs Allegations, as well as regarding his official capacity of LeFlore County |
|---|---|---|
| 5. | Sue Rogers<br>Spiro, Oklahoma | Facts and circumstances of the Plaintiffs Allegations |
| 6. | Blake Alexander<br>LeFlore County EMS | Facts and circumstances of the Plaintiffs Allegations |
| 7. | Ralph Ollevideez<br>Tulsa, Oklahoma | Facts and circumstances of the Plaintiffs Allegations |
| 8. | Stephanie Rogers<br>Spiro, Oklahoma | Facts and circumstances of the Plaintiffs Allegations |
| 9. | Michael Scantling, OHP | Facts and circumstances of the Plaintiffs Allegations |
| 10. | Levi Townsend<br>LeFlore County EMS | Facts and circumstances of the Plaintiffs Allegations |
| 11. | Eddie Jones<br>Spiro, Oklahoma | Facts and circumstances of the Plaintiffs Allegations |
| 12. | Linda Jones<br>Spiro, Oklahoma | Facts and circumstances of the Plaintiffs Allegations |

Respectfully submitted,

s/ Michael L. Carr
Michael L. Carr, OBA No. 17805
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: mlc@czwlaw.com

*ATTORNEY FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF LEFLORE COUNTY, SHERIFF ROB SEALE, in his official capacity and MICHAEL WILES, in his individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David Blades
Studebaker & Worley
5801 East 41st St., Ste. 300
Tulsa, OK 74135
*Attorneys for Plaintiff*

Kevin L. McClure, OBA No. 12767
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Kevin.McClure@oag.ok.gov
*Attorney for Defendant State of Oklahoma*

Gary J. James, OBA No. 12718
Gary J. James & Associates
P.O. Box 2443
Oklahoma City, OK 73102
gary@garyjameslaw.com
*Attorney for Defendant Fernando Cardenas, in his Individual capacity*

                                                  s/ Michael L. Carr
                                                Michael L. Carr