IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JACOB ROGERS,

        Plaintiff,

vs.

CASE NO. 19-CV-69-RAW

THE STATE OF OKLAHOMA,
MICHAEL WILES, in his individual
Capacity, FERNANDO CARDENAS,
in his individual capacity, ROB SEALE
SHERIFF OF LeFLORE COUNTY in his
official capacity and the BOARD OF
COUNTY COMMISSIONERS, for
LeFlore County,

        Defendants.

### DEFENDANTS PRELIMINARY WITNESS LIST

COMES NOW Defendants, State of Oklahoma *ex rel.,* and Fernando Cardenas, by and through their attorney, Kevin L. McClure, and pursuant to the Court's Scheduling Order [Doc. 38] and exchange their Witness List:

### WITNESS LIST

| Name | Address | Testimony |
|---|---|---|
| Jacob Ryan Rogers | c/o Plaintiff's Attorney | Facts and circumstances of the Plaintiffs Allegations |
| Michael Wiles | c/o Collins, Zorn and Wagner<br>429 N.E. 50th<br>Oklahoma City, OK 73105 | Party to this action, expected to testify as to the facts and circumstances regarding the Plaintiff's allegations in this matter |
| Fernando Cardenas | c/o Kevin McClure<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Party to this action, expected to testify as to the facts and circumstances regarding the Plaintiff's allegations in |

|  |  | this matter |
|---|---|---|
| Sheriff Rob Seale | c/o Collins, Zorn and Wagner<br>429 N.E. 50th<br>Oklahoma City, OK 73105 | Party to this action, expected to testify as to the facts and circumstances regarding the Plaintiff's allegations in this matter |
| Sue Rogers<br>Spiro, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Blake Alexander<br>Leflore County EMS |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Ralph Ollevideez<br>Tulsa, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Stephanie Rogers<br>Spiro, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Michael Scantling, OHP |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Levi Townsend<br>Leflore County EMS |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Eddie Jones<br>Spiro, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Linda Jones<br>Spiro, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |
| Carroll Rogers<br>Spiro, Oklahoma |  | Facts and circumstances regarding the Plaintiff's allegations in this matter |

| Torrance Anderson, OSBI | | Facts and circumstances regarding the Plaintiff's allegations in this matter |
|---|---|---|
| Custodian of Records LeFlore County, EMS | | |
| All witnesses listed by Plaintiff and/or Co-Defendants | Unknown | Yet to be determined |
| Other individuals identified as Discovery proceeds | Unknown | Yet to be determined. |

Respectfully submitted,

/s/Kevin L. McClure
**KEVIN L. MCCLURE, OBA # 12767**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Tele: (405) 521-3921
Fax: (405) 521-4518
Kevin.McClure@oag.ok.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to the following person who are registered participants:

David Blades
Studebaker & Worley, PLLC
5801 E 41st St, Ste 300
Tulsa, OK 74135
*Attorney for Plaintiff*

Michael L. Carr
Collins Zorn & Wagner, PC
429 NE 50th St. Second Flr
Oklahoma City, OK 73105-1815
*Attorney for Seale and LeFlore County Board of Commissioners*

/s/Kevin McClure
Kevin L. McClure