THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB ROGERS ) | |
|     Plaintiff, ) | |
| ) | Case No. 19-cv-00069-RAW |
| v. ) | |
| ) | |
| ) | |
| THE STATE OF OKLAHOMA, ) | |
| MICHAEL WILES, in his ) | |
| Individual capacity, FERNANDO ) | |
| CARDENAS, in his individual capacity, ) | |
| ROB SEALE   SHERIFF of LeFLORE ) | |
| COUNTY in his official capacity ) | |
| and the BOARD OF COUNTY ) | |
| COMMISSIONERS, for LeFlore ) | |
| County ) | |

**PLAINTIFF'S PRELIMINARY WITNESSS LIST**

**COMES NOW,** the Plaintiff by and through his attorney of record David R. Blades and for his cause of action shows as follows:

| Witnesses | Proposed testimony |
|---|---|
| 1. Jacob Rogers | Facts & circumstances surround the Plaintiff's arrest |
| 2. Jaxson Rogers | Facts & circumstances surround the Plaintiff's arrest |
| 3. Stephanie Rogers | Facts & circumstances surround the Plaintiff's arrest |
| 4. Levi Townsend | Facts & circumstances surround the Plaintiff's arrest |
| 5. Blake Alexander | Facts & circumstances surround the Plaintiff's arrest |
| 6. Carroll Rogers | Facts & circumstances surround the Plaintiff's arrest |
| 7. Doug Schmuck | Facts & circumstances surround the Plaintiff's arrest |

8.  Michael Scantling           Facts & circumstances surround the
                                Plaintiff's arrest

9.  Witness necessary to authenticate exhibits

10. All witnesses identified by the Defendants not objected to by the Plaintiff


Respectfully submitted,

/s/David Blades
DAVID BLADES OBA 15187
5801 East 41st St. Ste 300
Tulsa, Oklahoma 74135
(918) 770-4890

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to the
following persons who are registered participants:

Michael Carr

Ambre Gooch

Kevin McClure

Gary James

/s/ David Blades